**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1142**

SHELIA E. MUBEIDIN,

Plaintiff - Appellant,

versus

HOMECOMINGS FINANCIAL NETWORK, Incorporated;
SEBRING CAPITAL PARTNERS, LLC; SOUTHERN TRUST
MORTGAGE, LLC; CRANWELL, MOORE & BULLINGTON,
PLC,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (7:05-cv-00794-jct)

Submitted: May 18, 2006                    Decided: May 30, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shelia E. Mubeidin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shelia E. Mubeidin appeals the district court's order dismissing her Truth in Lending Act claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Mubeidin v. Homecomings Financial Network, Inc.</u>, No. 7:05-cv-00794-jct (W.D. Va. Jan. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>